# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANITRA PARIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 21-0403 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| THE CITY OF PHILADELPHIA | : | |
| SHERIFF'S OFFICE, | : | |
| WENDELL REED, | : | |
| SHERIFF ROCHELLE BILAL, | : | |
| VERNON MUSE, | : | |
| Defendants. | : | |

## STATUS REPORT

Pursuant to the Court's July 8, 2021 Order, the Defendants report that they have retained private counsel, at the City's expense, to represent Defendant Wendell Reed. Tucker Law Group, LLC will represent Mr. Reed. Attorneys Brock Atkins, Leslie Greenspan and Joe Tucker will enter their appearances for Mr. Reed.

Dated: August 11, 2021       Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
Diana P. Cortes, City Solicitor
Renee Garcia, Chair of Litigation

*/s/ Nicole S. Morris*
Nicole S. Morris, Chief Deputy City Solicitor
City of Philadelphia Law Department
Labor and Employment Unit
1515 Arch Street, 16th Floor
Philadelphia, PA 19102
(215) 847-9019
Nicole.morris@phila.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANITRA PARIS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | No. 21-0403 |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **THE CITY OF PHILADELPHIA** | : | |
| **SHERIFF'S OFFICE,** | : | |
| **WENDELL REED,** | : | |
| **SHERIFF ROCHELLE BILAL,** | : | |
| **VERNON MUSE,** | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Nicole S. Morris, Esquire, hereby certify that on this date, that I filed a Status Report on behalf of the defendants electronically, and that it is available for viewing and downloading via the Court's ECF system.

Dated: August 11, 2021        CITY OF PHILADELPHIA LAW DEPARTMENT

Diana P. Cortes, City Solicitor
Renee Garcia, Chair of Litigation

*/s/ Nicole S. Morris*
Nicole S. Morris, Chief Deputy City Solicitor
City of Philadelphia Law Department
Labor and Employment Unit
1515 Arch Street, 16th Floor
Philadelphia, PA 19102
(215) 683-5075
Nicole.morris@phila.gov